# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES DAVID ALLEN, II,
                        Appellant,

vs.

CITY OF SPARKS,
                        Respondent.

No. 79540

**FILED**

SEP 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming finding of guilt in the municipal court. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. The City of Sparks*, 92 Nev. 362, 550 P.2d 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Connie J. Steinheimer, District Judge
James David Allen, II
Attorney General/Carson City
Sparks City Attorney
Washoe District Court Clerk